1

2

3

4

5

6

7

8

9            **UNITED STATES DISTRICT COURT**

10           **EASTERN DISTRICT OF CALIFORNIA**

11

12  CARLOS LEVELT CASTEEL,                     Case No.  1:20-cv-00220-NONE-EPG

13                Plaintiff,                   **ORDER GRANTING MOTION TO
                                               PROCEED *IN FORMA PAUPERIS***
14         v.
                                                (ECF No. 2)
15
    DONNA KINNISON,
16
                  Defendant.
17

18

19          Plaintiff, Carlos Levelt Casteel, is proceeding *pro se* in this action. (ECF No. 1.) On

20  February 12,2020, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2.)

21  Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application

22  to proceed *in forma pauperis* is GRANTED.

23          As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. §

24  1915(e)(2), the Court must conduct an initial review of a *pro se* complaint filed *in forma pauperis*

25  to determine whether it is legally sufficient under the applicable pleading standards. The Court

26  must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally

27  frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary

28  relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court

                                                1

determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: __**February 18, 2020**__ /s/ *Erin P. Gross*
                                                                    UNITED STATES MAGISTRATE JUDGE

2