1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS LEVELT CASTEEL,                    No. 1:20-cv-00220-NONE-EPG

12                     Plaintiff,              ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
13

14        v.                                   (Doc. No. 4)

15   DONNA KINNISON,

16                     Defendant.

17

18        Plaintiff, Carlos Levelt Casteel, is proceeding *pro se* and *in forma pauperis* in this action.

19   Plaintiff requests that the court relieve him of his appointed counsel in an ongoing criminal case

20   pending against him in the Kern County Superior Court.  (Doc. No. 1 at 3.)  The matter was

21   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

22   302.

23        On May 7, 2020, the assigned magistrate judge entered findings and recommendations

24   recommending that this action be dismissed, without prejudice and without leave to amend,

25   because the court cannot grant plaintiff the relief he seeks and because abstention is proper under

26   the *Younger* doctrine.  (Doc. No. 4.)  Plaintiff was provided an opportunity to file objections to

27   the findings and recommendations within twenty-one days.  (*Id.*)  Plaintiff has not filed any

28   objections and the time to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court hereby orders that:

1.    The findings and recommendations entered May 7, 2020 (Doc. No. 4) are adopted in full;

2.    This case is dismissed without prejudice because the court cannot grant plaintiff the relief he seeks and because abstention under the *Younger* doctrine is appropriate in light of the pending and ongoing criminal proceedings against plaintiff in state court; and

3.    The Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **June 26, 2020**                          _____
                                                                 UNITED STATES DISTRICT JUDGE